**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                         August 3, 2012
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki
_____

Civil Action No. 12-cv-01028-RPM

DANIELLE SCOTT,                                                  Leah P. VanLandschoot
                                                                                 Neil Dougherty
        Plaintiff,

v.

CITY OF COLORADO SPRINGS,                              Rita L. Booker

        Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**9:50 a.m.         Court in session.**

Ms. VanLandschoot explains plaintiff's adverse employment action (denial of promotion / retaliatory conduct).

Ms. Booker answers questions regarding defendant's procedure with respect to employee complaints (Mountain States Employer investigation - denial of promotion and alleged statements).

Discussion regarding case facts and discovery.

Court instructs counsel to depose plaintiff first.

**ORDERED:      Defendant's Motion to Dismiss Plaintiff's Fourth Claim for Relief Pursuant to Fed.R.Civ.P.12(b)(1) [5], is granted with respect to plaintiff's claim of pattern and practice of disparate treatment and discovery is limited as stated on record.**

               **Scheduling Order signed.**

**10:05 a.m.      Court in recess.**

Hearing concluded.  Total time: 15 min.