IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01028-RPM

DANIELLE SCOTT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

_____

ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
_____

Upon review of plaintiff's Unopposed Motion for Leave to File First Amended Complaint [38], it is

ORDERED that the motion is granted and the First Amended Complaint and Jury Demand attached thereto is accepted for filing.

DATED:   February 20th, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge