IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01028-RPM

DANIELLE SCOTT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

_____

ORDER DEEMING MOTION FOR SUMMARY JUDGMENT MOOT
_____

Because of the filing of the First Amended Complaint, it is

ORDERED that the motion for summary judgment [23] is moot.

DATED: March 12th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge