IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01028-RPM

DANIELLE SCOTT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

_____

ORDER GRANTING WITHDRAWAL OF AARON J. PRATT
_____

Upon review of the Notice of Change in Law Firm Affiliation and Contact Information and Notice of Withdrawal of Counsel of Aaron J. Pratt [51] filed July 25, 2014, it is

ORDERED that Aaron J. Pratt has no further responsibility as counsel for defendant in this action and the Clerk is directed to terminate his electronic service in this case.  Richard A. Orona remains counsel for the defendant in this matter.

DATED: September 22, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge