IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.-RPM

DANIELLE SCOTT,

     Plaintiff,

v.

CITY OF COLORADO SPRINGS,

     Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **June 8, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx .

Dated: October 20th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge