IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01028-RPM-KLM

DANIELLE SCOTT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Referral to Magistrate Judge Kristen L. Mix Regarding Final Settlement Document Dispute and Extension to File Dismissal Paper** [#62] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#62] is **GRANTED**. The deadline to file dismissal papers is extended from February 28, 2015 to **March 18, 2015**.

    IT IS FURTHER **ORDERED** that **on March 4, 2015 at 10:00 a.m.** counsel shall jointly call chambers at **(303) 335-2770** for an off-the-record discussion with the undersigned regarding the parties' impediments to final settlement of this matter.

    Dated: February 26, 2015