IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  12-cv-01028-RPM-KLM

DANIELLE SCOTT,

     Plaintiff,

v.

CITY OF COLORADO SPRINGS,

     Defendant.
_____

ORDER OF DISMISSAL
_____

     Pursuant to the Stipulation to Dismiss with Prejudice [65] filed March 18, 2015, it is

     ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

     DATED:   March 19, 2015

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge